UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>Gina J. Munao<br><br><br><br><br><br>Nora Williams<br><br><br>Gina J. Munao | ) BK No.: 13-81894<br>)<br>) Chapter: 13<br>)<br>) Honorable Thomas M. Lynch<br>)<br>)<br>Debtor(s)      )<br>) Adv. No.: 13-96088<br>)<br>)<br>Plaintiff(s)  )<br>)<br>)<br>)<br>Defendant(s)  ) |

## ORDER APPROVING ENTRY OF CONSENT JUDGMENT AND DISMISSAL OF ADVERSARY COMPLAINT

THIS CAUSE HAVING COME BEFORE THE COURT on the Stipulation for Entry of Consent Judgment (the "Stipulation for Judgment") of plaintiff Nora Williams and defendant Gina J. Munao ("parties"), due notice having been given to all creditors of Gina J. Munao in the Chapter 13 bankruptcy case 13-81894 pursuant to Local Rule 7041-1, and the court being advised in the premises; by agreement of the parties

IT IS THEREFORE ORDERED that:

1. Consent Judgment shall be entered in favor of plaintiff Nora Williams and against Defendant Gina J. Munao on Count II of Williams's adversary complaint (Case No. 13-96088, Doc. 1, the "Williams Adversary Complaint") in the amount of $10,000.00;

2. The judgment entered against defendant Munao under paragraph 1 of this Order is non-dischargable pursuant to 11 U.S.C. § 523(a)(2)(A);

3. All remaining counts (Counts I, III, IV, and V) of Williams's Adversary Complaint are DISMISSED with prejudice;

4. The parties shall bear their own costs of suit; and

5. The Clerk of the Court may close this adversary proceeding upon entry of the Consent Judgment.

Enter:

Dated: JAN 3 0 2014

United States Bankruptcy Judge

Rev: 20130103_apo

Nora Williams
v.
Gina J. Munao

Adv. No. 13-96088

## CERTIFICATE OF SERVICE

      I certify that on January 31, 2014, I caused a copy of the attached Order Approving Entry of Consent Judgment and Dismissal of Adversary Complaint to be served to the parties listed via the Court's electronic notification system and via First Class Mail:

John P Dickson
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605

Fiona M. Whelan
Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
Rockford, IL 61101

_____
Mimi Kuczynski, Courtroom Deputy